HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASHLEY DEAN HEAVEN,

    Plaintiff,

    v.

BOEING COMMERCIAL AIRPLANES,

    Defendant.

Case No. 2:21-cv-01047-RAJ

ORDER DENYING MOTION TO SEAL

This matter comes before the Court on Plaintiff's motion to seal. Dkt. # 3. Plaintiff requests that the Court seal the case entirely.

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). Accordingly, when considering a sealing request, "a strong presumption in favor of access is the starting point." *Id.* (internal quotation marks omitted).

Generally, two standards govern the sealing of court records. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010). A "compelling reasons" standard applies to most judicial records, including those attached to dispositive motions. *Id.*; *see also Kamakana*, 447 F.3d at 1179. On the other hand, a "good cause" standard applies to nondispositive motions. *Pintos*, 605 F.3d at 678.

ORDER – 1

Plaintiff's sealing motion, measuring just one sentence long, does not attempt to meet either the compelling reasons or good cause standard. And, on this record, the Court finds no reason to seal the court records under either.

For the reasons stated above, the Court **DENIES** Plaintiff's motion to seal. Dkt. # 3. The Clerk is directed to unseal the docket in this matter.

DATED this 8th day of December, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2